

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2022

No. 04-22-00260-CR

**EX PARTE** Jorge Favian Dominguez **ORTIZ,**
Appellant

From the County Court, Kinney County, Texas
Trial Court No. 10364CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

Appellee's brief is due on or before July 26, 2022. However, appellee has filed a motion requesting an extension of time to file the appellee's brief. The motion is GRANTED. The appellee's brief is due on or before **August 5, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court